TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00621-CV

Highlands Insurance Company, Highlands Underwriters Insurance Company,

Aberdeen Insurance Company, Liberty Mutual Insurance Company,

Liberty Mutual Fire Insurance and Liberty

Insurance Corporation, Appellants

v.

The Butler Weldments Corporation and Bryan Construction Company, Appellees

FROM THE DISTRICT COURT OF MILAM COUNTY, 20TH JUDICIAL DISTRICT

NO. 25386, HONORABLE CHARLES E. LANCE, JUDGE PRESIDING 

PER CURIAM

 Appellants have filed a motion to dismiss the appeal. The motion is granted. Tex.
R. App. P. 42.1(2).

 The appeal is dismissed.

Before Chief Justice Yeakel, Justices Aboussie and Jones

Dismissed on Appellants' Motion 

Filed: March 5, 1998

Do Not Publish